1  GARMAN TURNER GORDON LLP
   GERALD M. GORDON, ESQ.
2  Nevada Bar No. 229
   E-mail:  ggordon@gtg.legal
3  ERIKA PIKE TURNER, ESQ.
   Nevada Bar No. 6454
4  Email: eturner@gtg.legal
   ERICK T. GJERDINGEN, ESQ.
5  Nevada Bar No. 11972
   Email: egjerdingen@gtg.legal
6  650 White Drive, Ste. 100
   Las Vegas, Nevada 89119
7  Telephone (725) 777-3000
   Facsimile  (725) 777-3112
8  *Attorneys for ZB, N.A. d/b/a Nevada State Bank
   and Zions First National Bank*

9

10                    UNITED STATES DISTRICT COURT
11                         DISTRICT OF NEVADA

12

13  DANNY V. TEVES                              Case No.: 2:17-cv-00618-GMN-CWH

14              Plaintiff,                       **STIPULATION AND ORDER
                                                 EXTENDING THE TIME TO RESPOND
15  vs.                                          TO COMPLAINT**

16  NEVADA STATE BANK, A DIVISION OF            **(FIRST REQUEST)**
    ZB, N.A.; ZIONS FIRST NATIONAL BANK;
17  STATE FARM BANK, FSB; EQUIFAX
    INFORMATION   SERVICES,   LLC;   AND
18  EXPERIAN   INFORMATION   SOLUTIONS,
    INC,
19
                Defendant.

20        IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and

21  counsel for Defendants ZB, N.A. d/b/a Nevada State Bank ("NSB") and Zions First National

22  Bank ("Zions" and, together with NSB, the "Stipulating Defendants") that the due date for

23  Stipulating Defendants to file and serve a response to Plaintiff's Complaint should be extended

24  by 14 days from Friday, March 24, 2017, which date is 21 days after the March 3, 2017 service

25  of the Complaint, until and including Friday, April 7, 2017.

26        A.    **Previous Extensions**: There have been no previous extensions granted in this

27  matter.

28

Garman Turner Gordon LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

1 of 3

1         **B.**    **Reason for Extension:** The extension is requested based on the complexity of the

2    issues raised by the Complaint.

| | |
|---|---|
| Dated this 22nd day of March, 2017. | Dated this 22nd day of March, 2017. |
| GARMAN TURNER GORDON, LLP | ALLISON R. SCHMIDT ESQ. LLC |
| _____ | _/s/Allison R. Schmidt, Esq._ |
| GERALD M. GORDON, ESQ.<br>Nevada Bar No. 229<br>ERIKA PIKE TURNER, ESQ.<br>Nevada Bar No. 6454<br>ERICK T. GJERDINGEN, ESQ.<br>Nevada Bar No. 11972<br>650 White Drive, Ste. 100<br>Las Vegas, Nevada 89119<br>Telephone (725) 777-3000<br>Facsimile  (725) 777-3112<br>*Attorneys for ZB, N.A. d/b/a Nevada State*<br>*Bank and Zions First National Bank* | Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>8465 W. SAHARA AVE.<br>Suite 111-504<br>Las Vegas, Nevada 89117<br>Phone: (702) 387-7222<br>Fax: (702) 387-7222<br><br>HAINES & KRIEGER, LLC<br>DAVID H. KRIEGER, ESQ.<br>Nevada Bar No. 9086<br>RACHEL B. SATURN, ESQ.<br>Nevada Bar No. 8653<br>8985 S. Eastern Ave., Suite 350<br>Henderson, Nevada 89123<br>(702) 880-5554<br><br>KNEPPER & CLARK LLC<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Phone: (702) 825-6060<br>FAX: (702) 447-8048<br><br>*Attorneys for Plaintiff* |

23   ...

24   …

25   …

IT IS SO ORDERED.

DATED: March 24, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

GARMAN TURNER GORDON LLP

_____
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
ERIKA PIKE TURNER, ESQ.
Nevada Bar No. 6454
ERICK T. GJERDINGEN, ESQ.
Nevada Bar No. 11972
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for ZB, N.A. d/b/a Nevada State Bank
and Zions First National Bank*

Garman Turner Gordon LLP
Attorneys At Law
650 White Dr., Suite 100
Las Vegas, Nevada 89119
(725) 777-3000

3 of 3