ALLISON R. SCHMIDT ESQ. LLC
Allison R. Schmidt, Esq.
Nevada Bar No. 10743
8465 W. SAHARA AVE.
Suite 111-504
Las Vegas, Nevada 89117
Phone: (702) 387-7222
Fax: (702) 387-7222

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DANNY V. TEVES<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA STATE BANK, A DIVISION OF ZB, N.A.; ZIONS FIRST NATIONAL BANK; STATE FARM BANK, FSB; EQUIFAX INFORMATION SERVICES, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>Defendant. | Case No.: 2:17-cv-00618-GMN-CWH<br><br>**STIPULATION AND ORDER EXTENDING THE TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendant ZB, N.A. d/b/a Nevada State Bank ("NSB") that the due date for Plaintiff to file and serve a response to NSB's Motion to Dismiss [DKT NO. 14] should be extended by 14 days from Friday, April 21, 2017, until and including Friday, May 5, 2017. There have been no previous extensions granted as to this deadline, and the request is not intended for the purpose of delay.

. . .

. . .

. . .

. . .

Plaintiff requests the extension in order to further evaluate the arguments raised in the motion and consider possibilities for resolution.

Dated this 21st day of April, 2017.

GARMAN TURNER GORDON, LLP

 /s/ Erick T. Gjerdingen
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
ERIKA PIKE TURNER, ESQ.
Nevada Bar No. 6454
ERICK T. GJERDINGEN, ESQ.
Nevada Bar No. 11972
650 White Drive, Ste. 100
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile  (725) 777-3112
*Attorneys for ZB, N.A. d/b/a Nevada State Bank and Zions First National Bank*

Dated this __21st day of April, 2017.

 /s/ Allison R. Schmidt
ALLISON R. SCHMIDT ESQ. LLC
Allison R. Schmidt, Esq.
Nevada Bar No. 10743
8465 W. SAHARA AVE.
Suite 111-504
Las Vegas, Nevada 89117
Phone: (702) 387-7222
Fax: (702) 387-7222

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED this __28__ day of _____April_____, 2017

_____
United States District Judge