David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, DANNY V. TEVES*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

|  |  |
|---|---|
| DANNY V. TEVES and SUSAN TEVES,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA STATE BANK, A DIVISION OF ZB, N.A.; ZIONS FIRST NATIONAL BANK; STATE FARM BANK, FSB; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | **Case No. 2:17-cv-00618-GMN-CWH**<br><br>**Consolidated with 2:17-cv-00628-JCM-VCF**<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFFS' CLAIMS AS TO NEVADA STATE BANK AND ZIONS FIRST NATIONAL BANK ONLY** |

Plaintiffs DANNY V. TEVES and SUSAN TEVES and Defendants NEVADA STATE BANK, a Division of ZB, N.A., and ZIONS FIRST NATIONAL BANK hereby stipulate and agree Plaintiffs Danny Teves' and Susan Teves' claims

…

…

…

shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Nevada State Bank, a Division of ZB, N.A., and ZIONS FIRST NATIONAL BANK.** Each party shall bear its own attorney's fees, and costs of suit.

Dated:          December 14, 2017

| | |
|---|---|
| By: | By: |
| /s/Allison R. Schmidt, Esq. | _/s/ Erick T. Gjerdingen_____ |
| David H. Krieger, Esq. | Erick T Gjerdingen, Esq. |
| Nevada Bar No. 9086 | Garman Turner Gordon |
| HAINES & KRIEGER, LLC | 650 White Drive |
| 8985 S. Eastern Avenue | Suite 100 |
| Suite 350 | Las Vegas, NV 89119 |
| Henderson, Nevada 89123 | 702-777-3000 |
| | egjerdingen@gtg.legal. |
| Allison R. Schmidt, Esq. | |
| Nevada Bar No. 10743 | *Attorney for Nevada State Bank, a* |
| 8465 W. Sahara Ave. | *Division of ZB, N.A.; ZIONS FIRST* |
| Suite 111-504 | *NATIONAL BANK* |
| Las Vegas, Nevada 89117 | |
| | |
| *Attorney for Plaintiff* | |

## ORDER

IT IS SO ORDERED.

**IT IS FURTHER ORDERED** that the Motions, (ECF Nos. 14, 35), in 2:17-cv-00618-GMN-CWH, and the Motion, (ECF No. 13), in 2:17-cv-00628-GMN-CWH filed by Defendants Nevada State Bank and Zions First National Bank are **DENIED as moot**.

Dated this _14_ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE