David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, DANNY V. TEVES*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANNY V. TEVES and SUSAN TEVES, <br><br> Plaintiff, <br><br> v. <br><br> NEVADA STATE BANK, A DIVISION OF ZB, N.A.; ZIONS FIRST NATIONAL BANK; STATE FARM BANK, FSB; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No. 2:17-cv-00618-GMN-CWH <br><br> Consolidated with 2:17-cv-00628-JCM-VCF <br><br> **STIPULATION AND ORDER DISMISSING PLAINTIFFS' CLAIMS AS TO NEVADA STATE BANK AND ZIONS FIRST NATIONAL BANK ONLY** |

Plaintiffs DANNY V. TEVES and SUSAN TEVES and Defendants NEVADA STATE BANK, a Division of ZB, N.A., and ZIONS FIRST NATIONAL BANK hereby stipulate and agree Plaintiffs Danny Teves' and Susan Teves' claims

…

…

…

shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Nevada State Bank, a Division of ZB, N.A., and ZIONS FIRST NATIONAL BANK.** Each party shall bear its own attorney's fees, and costs of suit.

Dated: December 14, 2017

| By: | By: |
|---|---|
| /s/Allison R. Schmidt, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br><br>Allison R. Schmidt, Esq.<br>Nevada Bar No. 10743<br>8465 W. Sahara Ave.<br>Suite 111-504<br>Las Vegas, Nevada 89117<br><br>*Attorney for Plaintiff* | /s/ Erick T. Gjerdingen<br>Erick T Gjerdingen, Esq.<br>Garman Turner Gordon<br>650 White Drive<br>Suite 100<br>Las Vegas, NV 89119<br>702-777-3000<br>egjerdingen@gtg.legal.<br><br>*Attorney for Nevada State Bank, a Division of ZB, N.A.; ZIONS FIRST NATIONAL BANK* |

## **ORDER**

IT IS SO ORDERED.

**IT IS FURTHER ORDERED** that the Motions, (ECF Nos. 14, 35), in 2:17-cv-00618-GMN-CWH, and the Motion, (ECF No. 13), in 2:17-cv-00628-GMN-CWH filed by Defendants Nevada State Bank and Zions First National Bank are **DENIED as moot**.

Dated this 27 day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE